

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-19-2013

# Neal Crispin v. Commissioner of Internal Reven

Precedential or Non-Precedential: Precedential

Docket No. 12-2275

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"Neal Crispin v. Commissioner of Internal Reven" (2013). *2013 Decisions.* Paper 1046.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1046

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2275
_____

NEAL CRISPIN,
                                    Appellant,

                    v.

COMMISSIONER OF INTERNAL REVENUE,


_____

On Appeal from the United States Tax Court
(No. 28980-07)
Judge:  Hon. Diane L. Kroupa
_____

Argued
January 8, 2013

Before:   RENDELL, FISHER, and JORDAN, *Circuit
Judges*.

(Filed: March 19, 2013)
_____

George W. Connelly    [ARGUED]
Chamberlain, Hrdlicka, White, Johnson & Williams
1200 Smith Street
1400 Citicorp
Houston, TX   77002
        *Counsel for Appellant*

Gary R. Allen
Tamara W. Ashford
Richard Farber
Judith A. Hagley   [ARGUED]
Gilbert S. Rothenberg
United States Department of Justice
Tax Division
950 Pennsylvania Avenue, NW
P.O. Box 502
Washington, DC   20044

_____

ORDER AMENDING OPINION
_____

JORDAN, *Circuit Judge*.

IT IS NOW ORDERED that the above-captioned opinion be amended as follows:

Footnote 3 shall now read:

> The Commissioner contends that that step in the CARDS transaction "is predicated on an invalid application of the ... basis provisions of the Internal Revenue Code." (Appellee's Br. at 4.)

Specifically, I.R.C. § 1012 provides that a taxpayer's basis in property is generally equal to the purchase price paid by the taxpayer. That purchase price includes the amount of the seller's liabilities assumed by the taxpayer as part of the purchase, on the assumption that the taxpayer will eventually repay those liabilities. *See Comm'r v. Tufts*, 461 U.S. 300, 308-09 (1983). But in a CARDS transaction, the Commissioner argues, the taxpayer and the foreign borrower agree that the taxpayer will repay only the portion of the loan equal to the amount of currency the taxpayer actually purchases.

 

 

/s/   Kent A. Jordan
Circuit Judge

DATED:  March 19, 2013

3